# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2712
LT Case No. 2017-CF-1291

_____

RICHARD W. LEWIS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 appeal from the Circuit Court for Citrus County.
Joel D. Fritton, Judge.

Richard W. Lewis, Mayo, pro se.

Ashley Moody, Attorney General, Tallahassee, and Kristen L. Davenport, Assistant Attorney General, Daytona Beach, for Appellee.

January 2, 2024

PER CURIAM.

    AFFIRMED.

EISNAUGLE, SOUD, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____